No. 97–9673. DUVIGNEAUD v. MORROW, ACTING SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied. 

No. 97–9674. HUMMEL v. BACA, JUDGE, DISTRICT COURT OF TEXAS, EL PASO COUNTY. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 97–9675. GOINGS v. WHITE, SUPERINTENDENT, ALGOA CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–9677. GALLOWAY v. SPEROS ET AL. C. A. 9th Cir. Certiorari denied. 

No. 97–9678. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 97–9679. OMOIKE v. LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 97–9680. GRAY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 97–9681. ANGULO FELIX v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9682. KING v. SUPERIOR COURT OF NEW HAMPSHIRE, ROCKINGHAM COUNTY. Sup. Ct. N. H. Certiorari denied.

No. 97–9683. VINH HUNG LAM v. INTERIM SERVICES, INC. C. A. 9th Cir. Certiorari denied. 

No. 97–9684. KING v. ELSER. C. A. 5th Cir. Certiorari denied.

No. 97–9685. COUTERMARSH v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 97–9687. DURHAM v. UNITED STATES; and
No. 98–5065. EVANS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 139 F. 3d 1325.

No. 97–9688. PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.